UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

|  |  |
|---|---|
|  | :     Civil No. 1:26-cv-00681-RFT |
| Andrea Jimenez | : |
|  | : |
|      Plaintiff, | :     **PROPOSED** |
|  | :     **SCHEDULING ORDER** |
|      v. | : |
|  | : |
|  | : |
| Commissioner of Social Security, | : |
|  | : |
|      Defendant. | : |

-------------------------------------------------------x

IT IS HEREBY ORDERED that:

| Action | Due Date |
|---|---|
| Plaintiff's Motion for Judgment on the Pleadings | August 3, 2026 |
| Government's Opposition and Cross-Motion for Judgment On the Pleadings | November 9, 2026 |
| Plaintiff's Reply (if any) | November 30, 2026 |

Dated: April 22, 2026
New York, NY

SO ORDERED:

Honorable Robyn F. Tarnofsky
United States Magistrate Judge